# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2014

### NO. 03-12-00688-CV

**Fredia M. Alexander, Appellant**

**v.**

**Allan A. Alexander, Appellee**

**APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on September 20, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.